

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

150 Almaden Boulevard, Suite 900
San Jose, California 95113

(408) 535-0910
FAX:(408) 535-5066

March 22, 2011

Cita Escolano
Office of the Clerk of the Court
United States District Court
Northern District of California
280 South First Street
San Jose, CA 95113

**FILED**

MAR 23 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Re:   <u>United States v. Bonelli, Tara</u>
      CR 11-00142 JF

Dear Ms. Escolano:

    I am writing to make my Notice of Appearance as one of the Assistant U.S. Attorneys representing the United States in the above -captioned matter, pursuant to General Order 45 of the Northern District of California rules of court. I will be serving co-counsel with AUSA Matthew A. Parrella.

    Could you please file this letter and add my name to the docket sheet of this case, so that I can receive all electronic and manual filings in this case. Thank you.

Very truly yours,

MELINDA HAAG
United States Attorney

_____
SUSAN F. KNIGHT
Assistant United States Attorney
**Susan.Knight@usdoj.gov**