MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Criminal Chief

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-00142 JF |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER EXCLUDING TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT |
| TARA DENISE BONELLI, | ) | |
| Defendant. | ) | SAN JOSE VENUE |
| | ) | |

On March 22, 2011, the undersigned parties appeared before the Court for a detention hearing. After the Court released the defendant on conditions, the parties jointly requested a status appearance for April 28, 2011 before the Honorable Jeremy Fogel, and the Court accommodated the request. The parties also requested an exclusion of time from March 22, 2011 through April 28, 2011 under the Speedy Trial Act in order for the government to provide discovery to defense counsel and to afford him an opportunity to review it. The defendant, through her attorney, agreed to the exclusion. The parties agree and stipulate that an exclusion of

//

//

time is appropriate based on the defendant's need for effective preparation of counsel.

SO STIPULATED:	MELINDA HAAG
	United States Attorney

DATED: 3/23/11	_____/s/_____
	SUSAN KNIGHT
	Assistant United States Attorney

DATED: 3/23/11	_____/s/_____
	PAUL B. MELTZER
	Counsel for Ms. Bonelli

## ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from March 22, 2011 through April 28, 2011.  The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED:_____	_____
	HOWARD R. LLOYD
	United States Magistrate Judge