1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2
3  MIRANDA KANE (CSBN 150630)
   Criminal Chief
4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
6      150 Almaden Blvd., Suite 900
       San Jose, California 95113
7      Telephone: (408) 535-5061
       FAX: (408) 535-5066
8      Susan.Knight@usdoj.gov

9  Attorneys for Plaintiff

FILED

MAR 2 4 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                   SAN JOSE DIVISION

14  UNITED STATES OF AMERICA,       )   No. CR 11-00142 JF
                                    )
15         Plaintiff,                )
                                    )   STIPULATION AND [PROPOSED]
16         v.                        )   ORDER EXCLUDING TIME UNDER THE
                                    )   SPEEDY TRIAL ACT
17  TARA DENISE BONELLI,            )
                                    )
18         Defendant.                )   SAN JOSE VENUE
                                    )
19  _____)

20      On March 22, 2011, the undersigned parties appeared before the Court for a detention
21  hearing. After the Court released the defendant on conditions, the parties jointly requested a
22  status appearance for April 28, 2011 before the Honorable Jeremy Fogel, and the Court
23  accommodated the request. The parties also requested an exclusion of time from March 22, 2011
24  through April 28, 2011 under the Speedy Trial Act in order for the government to provide
25  discovery to defense counsel and to afford him an opportunity to review it. The defendant,
26  through her attorney, agreed to the exclusion. The parties agree and stipulate that an exclusion of
27  //
28  //

STIPULATION AND [PROPOSED] ORDER
No. CR 11-00142 JF                              1

time is appropriate based on the defendant's need for effective preparation of counsel.

SO STIPULATED:                MELINDA HAAG
                                       United States Attorney

DATED: 3/23/11                 /s/
                                       SUSAN KNIGHT
                                       Assistant United States Attorney

DATED: 3/23/11                 /s/
                                       PAUL B. MELTZER
                                       Counsel for Ms. Bonelli

## ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from March 22, 2011 through April 28, 2011. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED: 3/24/11                                      /s/
                                                 HOWARD R. LLOYD
                                                 United States Magistrate Judge