PAUL B. MELTZER (State Bar No. 077425)
LAW OFFICES OF PAUL B. MELTZER
A Professional Corporation
511 Water Street
Santa Cruz, California 95060
Telephone: (831) 426-6000

Attorneys for Defendant, TARA DENISE BONELLI

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TARA DENISE BONELLI,<br><br>　　　　Defendant. | Case No.: 5:11-cr-00142-JF<br><br>STIPULATION FOR TRAVEL AND [PROPOSED] ORDER |

Defendant, TARA DENISE BONELLI, by her counsel, Paul B. Meltzer, and Assistant United States Attorney, Susan F. Knight, stipulate and agree to the travel modification by the defendant, TARA DENISE BONELLI, as set forth in the attached order allowing defendant to travel to Southern California. U.S. Pre-Trial Services Officer Jaime Carranza has no objection to this travel request.

Respectfully Submitted,

DATED: March 31, 2011          By: _/s/ Paul B Meltzer_

　　　　　　　　　　　　　　　　　PAUL B. MELTZER, Attorney for
　　　　　　　　　　　　　　　　　Defendant, TARA DENISE BONELLI

DATED: March 31, 2011          By: _____/S/_____

　　　　　　　　　　　　　　　　　SUSAN F. KNIGHT,
　　　　　　　　　　　　　　　　　Assistant United States Attorney

STIPULATION FOR TRAVEL REQUEST - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## [PROPOSED] ORDER

Good cause shown, therefore, IT IS HEREBY ORDERED that the Defendant Tara Denise Bonelli may travel to and from Southern California for the purposes of completing her sister's transfer to a mental health facility as her sister's conservator, and for visiting her family. Prior to the trip to Southern California, the Defendant shall provide a detailed travel itinerary to U.S. Pre-Trial Services Officer Jaime Carranza.

SO ORDERED.

Dated: March ___, 2011

_____
HON. HOWARD R. LLOYD
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT