PAUL B. MELTZER (State Bar No. 077425)
LAW OFFICES OF PAUL B. MELTZER
A Professional Corporation
511 Water Street
Santa Cruz, California 95060
Telephone: (831) 426-6000

Attorneys for Defendant, TARA DENISE BONELLI

**FILED**

MAR 3 1 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

TARA DENISE BONELLI,

   Defendant.

Case No.: 5:11-cr-00142-JF

STIPULATION FOR TRAVEL AND
[PROPOSED] ORDER

Defendant, TARA DENISE BONELLI, by her counsel, Paul B. Meltzer, and Assistant United States Attorney, Susan F. Knight, stipulate and agree to the travel modification by the defendant, TARA DENISE BONELLI, as set forth in the attached order allowing defendant to travel to Southern California. U.S. Pre-Trial Services Officer Jaime Carranza has no objection to this travel request.

Respectfully Submitted,

DATED: March 31, 2011          By: _Paul B Meltzer_ /pm/

                                PAUL B. MELTZER, Attorney for
                                Defendant, TARA DENISE BONELLI

DATED: March 31, 2011          By: _____/S/_____

                                SUSAN F. KNIGHT,
                                Assistant United States Attorney

STIPULATION FOR TRAVEL REQUEST - 1

## [PROPOSED] ORDER

Good cause shown, therefore, IT IS HEREBY ORDERED that the Defendant Tara Denise Bonelli may travel to and from Southern California for the purposes of completing her sister's transfer to a mental health facility as her sister's conservator, and for visiting her family. Prior to the trip to Southern California, the Defendant shall provide a detailed travel itinerary to U.S. Pre-Trial Services Officer Jaime Carranza.

SO ORDERED.

Dated: March 31, 2011

_____
HON. HOWARD R. LLOYD
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT