FILED

2011 APR 20  P 4: 00

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA. SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-00142-JF |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER APPOINTING COUNSEL |
| | ) | |
| vs. | ) | |
| | ) | |
| TARA DENISE BONELLI, | ) | **Hon. Paul S. Grewal** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Good cause appearing, it is hereby ordered that Manuel Araujo is appointed as counsel for Tara Denise Bonelli.

Dated: April 18, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge