1
2
3                    UNITED STATES DISTRICT COURT
4                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                              SAN JOSE DIVISION
6
7
8   UNITED STATES OF AMERICA,              Case Number CR-11-00142-JF
            Plaintiff,
9     V.
    TARA BONELLI,
10          Defendant.
                                            CLERK'S NOTICE
11  _____

12

13  To all Parties and Attorneys of Record:

14  The status hearing set on April 28, 2011 is continued to May 5, 2011 at

15  9:00 a.m. before Judge Jeremy Fogel.  Please report at that time to courtroom 3

16  on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

17

18  April 26, 2011                          For the Court
                                            Richard W. Wieking, Clerk
19

20                                          By:___/s/_____
                                            Diana Munz
21                                          Courtroom Deputy Clerk

22
23
24
25
26
27
28