# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5™ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Status Review, May 5, 2011                                                             Time: 2 mins
**Case Number:** CR-11-00142-JF

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Fisher

| TITLE: | UNITED STATES OF AMERICA V. TARA DENISE BONELLI |
|---|---|
| | PLAINTIFF                                                 DEFENDANTS |
| | Attorneys Present: Matthew Parrella          Attorneys Present: Manuel Araujo |

PROCEEDINGS:
   Status review held. Counsel and defendant are present.  Defendant is out of custody. Continued to 5/17/11 at 9:00 a.m. for Identification of Counsel.   Time is excluded for the reasons stated.