# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Identification of Counsel Hearing,  May 17, 2011                               Time: 2 mins
**Case Number:** CR-11-00142-JF

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Fisher

---

TITLE:           UNITED STATES OF AMERICA V. TARA DENISE BONELLI

PLAINTIFF                                             DEFENDANTS


Attorneys Present:  Matthew Parrella, Susan Knight         Attorneys Present: Manuel Araujo

---

PROCEEDINGS:

Identification of counsel hearing held. Counsel and defendant are present. Defendant is out of custody. Manuel Araujo continues to represent the defendant. Continued to 6/9/11 at 9:00 a.m. for trial setting.   23 days are excluded for the reasons stated.