# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Trial Setting Hearing, June 9, 2011        Time: 2 mins
**Case Number:** CR-11-00142-JF

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Fisher

---

**TITLE:**        **UNITED STATES OF AMERICA V. TARA DENISE BONELLI**

                **PLAINTIFF**                            **DEFENDANTS**


  **Attorneys Present: Matthew Parrella**        **Attorneys Present: Elizabeth Peterson**

---

PROCEEDINGS:
   Trial setting hearing held. Counsel and defendant are present. Defendant is out of custody. Continued to 8/4/11 at 9:00 a.m. for trial setting/motions hearing. 56 days are excluded for the reasons stated.