| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | ELIZABETH C. PETERSON, State Bar No. 194561<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email: epeterson@wsgr.com<br><br>Attorneys for Defendant<br>Tara Denise Bonelli | **FILED**<br><br>JUL 1 8 2011<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>TARA DENISE BONELLI,<br><br>   Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.: 5:11-cr-00142-JF<br><br>[PROPOSED] ORDER PERMITTING DEFENDANT TO TRAVEL OUTSIDE THE NORTHERN DISTRICT OF CALIFORNIA |

The Court, having read and considered the Application and Declaration of Elizabeth C. Peterson, a member of the law firm of Wilson Sonsini Goodrich & Rosati, attorney of record for Defendant TARA DENISE BONELLI, requesting permission for travel outside this District and good cause appearing therefor:

///
///
///
///
///
///

1  IT IS HEREBY ORDERED THAT:

2  Permission is granted for Defendant TARA DENISE BONELLI to travel to and from the Central District of California and Southern District of California by car, departing July 21, 2011, and returning July 31, 2011.

5  IT IS SO ORDERED.

7  Dated: July 18, 2011

HON. ~~PAUL SINGH GREWAL~~
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

Howard R. Lloyd

[PROPOSED] ORDER PERMITTING DEFENDANT TO TRAVEL
CASE NO. 5:11-cr-00142-JF

-2-

C:\NrPortbl\PALIB1\BH4\4430862_1.DOCX