## UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Trial Setting Hearing, August 4, 2011  **Time: 2 mins**
**Case Number:** CR-11-00142-JF

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Fisher

---

**TITLE:**          UNITED STATES OF AMERICA V. TARA DENISE BONELLI

                       **PLAINTIFF**                          **DEFENDANTS**

**Attorneys Present:** Matthew Parrella, Susan Knight     **Attorneys Present:** Elizabeth Peterson

---

PROCEEDINGS:

Trial setting hearing held. Counsel and defendant are present. Defendant is out of custody. Continued to 9/8/11 at 9:00 a.m. for trial setting/motions hearing. 35 days are excluded for the reasons stated.