## UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5™ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Status Review,  September 8, 2011                                    Time: 2 mins
**Case Number:** CR-11-00142-JF

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Fisher

---

**TITLE:**                  **UNITED STATES OF AMERICA V. TARA DENISE BONELLI**

                                        **PLAINTIFF**                                          **DEFENDANTS**


    Attorneys Present:  Matthew Parrella         Attorneys Present: Elizabeth Peterson

---

PROCEEDINGS:
   Status review held. Counsel and defendant are present.  Defendant is out of custody.  Continued to 11/13/11 at 9:00 a.m. for status review.   56 days are excluded for the reasons stated.