**United States District Court**
For the Northern District of California

1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6
7  USA,                                             No. 5:11-cr-00142 EJD
8         Plaintiff(s),
                                                    CLERK'S NOTICE RESETTING STATUS
9     v.                                            CONFERENCE
10 TARA DENISE BONELLI,
11        Defendant(s).
12 _____/
13
14 TO ALL PARTIES AND COUNSEL OF RECORD:
15
16 YOU ARE NOTIFIED THAT due to the recent case reassignment from Judge Jeremy Fogel to
17 Judge Edward J. Davila the Status Conference previously noticed for November 3, 2011 at 9:00 AM
18 has been reset to **November 7, 2011 at 1:30 PM in** Courtroom 1, 5th Floor, 280 S. 1st Street, San
19 Jose, California.  Time is excluded from September 28, 2011 through November 7, 2011 due to the
20 recent case reassignment and the Court's own availability.

Dated:  October 4, 2011
21                                                  FOR THE COURT,
                                                    Richard W. Wieking, Clerk
22
23
                                                    by:  _____
24                                                       Elizabeth C. Garcia
                                                         Courtroom Deputy
25
26
27
28