1  ELIZABETH C. PETERSON, State Bar No. 194561
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   650 Page Mill Road
3  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
4  Facsimile: (650) 565-5100
   Email: epeterson@wsgr.com
5
   Attorneys for Defendant
6  Tara Denise Bonelli

7

FILED

NOV - 2 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

8            UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                 SAN JOSE DIVISION

11

12  UNITED STATES OF AMERICA,        )   CASE NO.: 5:11-cr-00142-EJD
                                     )
13          Plaintiff,                )   [PROPOSED] ORDER
                                     )   PERMITTING DEFENDANT TO
14     v.                             )   TRAVEL OUTSIDE THE
                                     )   NORTHERN DISTRICT OF
15  TARA DENISE BONELLI,             )   CALIFORNIA
                                     )
16          Defendant.                )
                                     )
17                                   )
                                     )
18  _____  )

19

20       The Court, having read and considered the Application and Declaration of Elizabeth C.

21  Peterson, a member of the law firm of Wilson Sonsini Goodrich & Rosati, attorney of record for

22  Defendant TARA DENISE BONELLI, requesting permission for travel outside this District and

23  good cause appearing therefor:

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

---

[PROPOSED] ORDER PERMITTING            -1-
DEFENDANT TO TRAVEL
CASE NO. 5:11-cr-00142-EJD

1  IT IS HEREBY ORDERED THAT:

2     Permission is granted for Defendant TARA DENISE BONELLI to travel to and from the
3  Central District of California and Southern District of California. Defendant's pre-trial release
4  conditions are modified accordingly.

6     IT IS SO ORDERED.

8  Dated: 11/2/, 2011

HON. PAUL SINGH GREWAL
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

Howard R. Lloyd