UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME**: 4 mins

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** Edward J. Davila | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** November 7, 2011 | **Court Reporter:** Gina Colin |
| **Case No.:** CR-11-00142 EJD | **U.S. Probation Officer:** N/A |
| **Related Case No.:** N/A | **U.S. Pretrial Services Officer:** N/A |
| | **Interpreter:** N/A |

### CASE TITLE

USA v. Tara Denise Bonelli (NC)(P)

### APPEARANCES

**Attorney(s) for Government**: Matt Parrella
**Attorney(s) for Defendant(s)**: Catherine Moreno for Elizabeth Peterson

### PROCEEDINGS

Status Hearing

### ORDER AFTER HEARING

Hearing held. The Court continued the matter to January 12, 2012 at 1:30 PM for Further Status Hearing. Time is excluded from November 7, 2011 through January 12, 2012 for necessary and effective preparation of counsel.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

*Elizabeth C. Garcia*
**Elizabeth C. Garcia**
Courtroom Deputy
Original: Efiled
CC: