UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME**: 4 mins

## AMENDED CRIMINAL MINUTES

**Judge:** Edward J. Davila
**Date:**  November 7, 2011
**Case No.:** CR-11-00142 EJD
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Gina Colin
**U.S. Probation Officer:** N/A
**U.S. Pretrial Services Officer:** N/A
**Interpreter:**   N/A

### CASE TITLE

USA v.  Tara Denise Bonelli (NC)(P)

### APPEARANCES

**Attorney(s) for Government**: Matt Parrella
**Attorney(s) for Defendant(s)**: Catherine Moreno for Elizabeth Peterson

### PROCEEDINGS

Status Hearing

### ORDER AFTER HEARING

Hearing held.  The Court continued the matter to January 30, 2012 at 1:30 PM for Further Status Hearing.  Time is excluded from November 7, 2011 through January 30, 2012 for necessary and effective preparation of counsel.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

*Elizabeth C. Garcia*
**Elizabeth C. Garcia**
Courtroom Deputy
Original: Efiled
CC: