UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME**: 3 mins

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** Edward J. Davila | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** January 30, 2012 | **Court Reporter:** Irene Rodriguez |
| **Case No.:** CR-11-000142 EJD | **U.S. Probation Officer:** N/A |
| **Related Case No.:** N/A | **U.S. Pretrial Services Officer:** N/A |
| | **Interpreter:** N/A |

### CASE TITLE

USA v. Tara Denise Bonelli (NC)(P)

### APPEARANCES

**Attorney(s) for Government**: Matthew Parrella
**Attorney(s) for Defendant(s)**: Catherine Moreno

### PROCEEDINGS

Status Hearing

### ORDER AFTER HEARING

Hearing held.  The Court continued the matter to March 19, 2012 at 1:30 PM for Further Status or Dispositional Hearing.  Time is excluded from January 30, 2012 through March 19, 2012 for effective preparation of counsel.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

*Elizabeth C. Garcia*
**Elizabeth C. Garcia**
**Courtroom Deputy**
**Original:** Efiled
**CC:**