UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*
TOTAL TIME: 7 mins

CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** Edward J. Davila | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** March 19, 2012 | **Court Reporter:** Irene Rodriguez |
| **Case No.:** CR-11-00142 EJD | **U.S. Probation Officer:** N/A |
| **Related Case No.:** | **U.S. Pretrial Services Officer:** N/A |
| | **Interpreter:** N/A |

CASE TITLE

USA v. Tara Denise Bonelli (NC)(P)

APPEARANCES

**Attorney(s) for Government**: Matthew Parrella
**Attorney(s) for Defendant(s)**: Elizabeth Peterson

PROCEEDINGS

Status Hearing

ORDER AFTER HEARING

Hearing held. The Court set the following pretrial and trial dates:
1. Further Status Hearing set for May 7, 2012 at 1:30 PM.
2. Jury Selection set for February 11, 2013 at 9:00 AM - 12:00 PM
3. Jury Trial set for
February 12, 2013 at 9:00 AM - 12:00 PM, 1:30 PM - 4:30 PM
February 13, 2013 at 9:00 AM - 12:00 PM, 1:30 PM - 4:30 PM
February 14, 2013 at 9:00 AM - 12:00 PM, 1:30 PM - 4:30 PM
February 15, 2013 at 1:30 PM - 4:30 PM
February 19, 2013 at 9:00 AM - 12:00 PM, 1:30 PM - 4:30 PM
February 20, 2013 at 9:00 AM - 12:00 PM, 1:30 PM - 4:30 PM
February 21, 2013 at 9:00 AM - 12:00 PM, 1:30 PM - 4:30 PM
February 22, 2013 at 1:30 PM - 4:30 PM
February 25, 2013 at 9:00 AM - 12:00 PM
February 26, 2013 at 9:00 AM - 12:00 PM, 1:30 PM - 4:30 PM
February 27, 2013 at 9:00 AM - 12:00 PM, 1:30 PM - 4:30 PM
February 28, 2013 at 9:00 AM - 12:00 PM, 1:30 PM - 4:30 PM
March 1, 2013 at 1:30 PM - 4:30 PM
March 4, 2013 at 9:00 AM - 12:00 PM
March 5, 2013 at 9:00 AM - 12:00 PM, 1:30 PM - 4:30 PM
March 6, 2013 at 9:00 AM - 12:00 PM, 1:30 PM - 4:30 PM
March 7, 2013 at 9:00 AM - 12:00 PM, 1:30 PM - 4:30 PM
March 8, 2013 at 1:30 PM - 4:30 PM
Time excluded from March 19, 2012 through May 7, 2012.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: Efiled
CC: J Younger