UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME**: 2 mins

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** Edward J. Davila | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** May 7, 2012 | **Court Reporter:** Christine Bedard |
| **Case No.:** CR-11-00142 EJD | **U.S. Probation Officer:** N/A |
| **Related Case No.:** N/A | **U.S. Pretrial Services Officer:** N/A |
| | **Interpreter:** N/A |

### CASE TITLE

USA v. Tara Denise Bonelli (NC)(P)

### APPEARANCES

**Attorney(s) for Government**: John Glang
**Attorney(s) for Defendant(s)**: Manuel Araujo

### PROCEEDINGS

Supervised Release Violation

### ORDER AFTER HEARING

Hearing held. The Court continued the matter to June 4, 2012 at 1:30 PM for a Further Status Hearing. Time is excluded from May 7, 2012 through June 4, 2012 for effective preparation to resolve the matter short of trial.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

*Elizabeth C. Garcia*
**Elizabeth C. Garcia**
Courtroom Deputy
Original: Efiled
CC: