UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME: 2 mins**

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** Edward J. Davila | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** June 4, 2012 | **Court Reporter:** Irene Rodriguez |
| **Case No.:** CR-11-00142 EJD | **U.S. Probation Officer:** N/A |
| **Related Case No.:** N/A | **U.S. Pretrial Services Officer:** N/A |
| | **Interpreter:** N/A |

### CASE TITLE

USA v. Tara Denise Bonelli (NC)(P)

### APPEARANCES

**Attorney(s) for Government**: Matthew Parrella, Susan Knight
**Attorney(s) for Defendant(s)**: Elizabeth Peterson

### PROCEEDINGS

Status Hearing

### ORDER AFTER HEARING

Hearing held. The Court continued the matter to September 10, 2012 at 1:30 PM for Further Status Hearing. Time previously excluded February 11, 2013 for effective trial preparation.

*Elizabeth C. Garcia* (signature)

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

**Elizabeth C. Garcia**
**Courtroom Deputy**
**Original:** Efiled
**CC:**