MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYBN 2040855)
SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone:  (408) 535-5061
   FAX: (408) 535-5066
   Email:  matthew.parella@usdoj.gov
         susan.knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-00142 EJD |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER REQUESTING A REFERRAL TO A MAGISTRATE JUDGE FOR A SETTLEMENT CONFERENCE |
| TARA DENISE BONELLI., | ) | |
| Defendant. | ) | |

     The above-captioned case is currently set for a status conference on September 10, 2012 and trial on February 11, 2013.  The parties believe that settlement conference maybe beneficial in exploring a resolution to the case.  Therefore, the parties respectfully request that the Court refer the parties to a settlement conference before the Honorable Laurel Beeler.  The parties have contacted Magistrate Judge Beeler's chambers, and she is available to conduct a settlement

//

//

//

STIPULATION AND [PROPOSED] ORDER
NO. CR 11-00142 EJD

1  conference on September 14, 2012 at 9:30 a.m.

2  SO STIPULATED:                          MELINDA HAAG
                                            United States Attorney
3
   DATED: 7/30/12                          _____/s/_____
4                                           MATTHEW A. PARRELLA
                                            SUSAN KNIGHT
5                                           Assistant United States Attorneys

6  DATED: 7/30/12                          _____/s/_____
                                            ELIZABETH C. PETERSON
7                                           Counsel for Ms. Bonelli

8

9                                    ORDER

10     Accordingly, for good cause shown, the Court HEREBY ORDERS that the parties in the

11 above-captioned case be referred to a settlement conference. The parties shall participate in

12 a settlement conference with Magistrate Judge Beeler on September 14, 2012 at 9:30 a.m.

13 SO ORDERED.

14

15 DATED: August 1, 2012                   _____
                                            EDWARD J. DAVILA
16                                          United States District Judge

2

STIPULATION AND [PROPOSED] ORDER
NO. CR 11-00142 EJD