MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYBN 2040855)
SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone:  (408) 535-5061
   FAX: (408) 535-5066
   Email:  matthew.parella@usdoj.gov
          susan.knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-00142 EJD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING STATUS |
| | ) | CONFERENCE AND EXCLUDING TIME |
| TARA DENISE BONELLI., | ) | UNDER THE SPEEDY TRIAL ACT |
| Defendant. | ) | |
| | ) | |

    The undersigned parties respectfully request that the status conference in the above-captioned case be continued from September 10, 2012 to October 1, 2012.  The reason for the continuance that the parties will be participating in a settlement conference before the Honorable Laurel Beeler on September 14, 2012.  In addition, defense counsel needs additional time to complete her investigation.

    The parties also request an exclusion of time under the Speedy Trial Act from September 10, 2012 through October 1, 2012.  The parties agree and stipulate that an exclusion of time is

//

//

STIPULATION AND [PROPOSED] ORDER
NO. CR 11-00142 EJD

appropriate based on the defendant's need for effective preparation of counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).

SO STIPULATED:                                    MELINDA HAAG
                                                  United States Attorney

DATED: 8/30/12                                    _____/s/_____
                                                  MATTHEW A. PARRELLA
                                                  SUSAN KNIGHT
                                                  Assistant United States Attorneys

DATED: 8/30/12                                    _____/s/_____
                                                  ELIZABETH C. PETERSON
                                                  Counsel for Ms. Bonelli

**ORDER**

Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing scheduled for September 10, 2012 is continued to October 1, 2012.

The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from September 10, 2012 through October 1, 2012.  The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

SO ORDERED.


DATED:_____                              _____
                                                  EDWARD J. DAVILA
                                                  United States District Judge