1  MELINDA HAAG (CSBN 132612)
   United States Attorney

2

3  MIRANDA KANE (CSBN 150630)
   Chief, Criminal Division

4  MATTHEW A. PARRELLA (NYBN 2040855)
   SUSAN KNIGHT (CSBN 209013)

5  Assistant United States Attorney

6     150 Almaden Blvd., Suite 900
      San Jose, California 95113

7     Telephone:  (408) 535-5061
      FAX: (408) 535-5066

8     Email:  matthew.parella@usdoj.gov
              susan.knight@usdoj.gov

9

   Attorneys for Plaintiff

10

11              UNITED STATES DISTRICT COURT

12           NORTHERN DISTRICT OF CALIFORNIA

13                   SAN JOSE DIVISION

14  UNITED STATES OF AMERICA,       )   No.  CR 11-00142 EJD
                                    )
15         Plaintiff,               )
                                    )
16         v.                       )   STIPULATION AND [PROPOSED]
                                    )   ORDER CONTINUING STATUS
17  TARA DENISE BONELLI.,           )   CONFERENCE AND EXCLUDING TIME
                                    )   UNDER THE SPEEDY TRIAL ACT
18         Defendant.               )
                                    )
19  _____)

20        The undersigned parties respectfully request that the status conference in the above-captioned

21  case be continued from September 10, 2012 to October 1, 2012.  The reason for the continuance

22  that the parties will be participating in a settlement conference before the Honorable Laurel

23  Beeler on September 14, 2012.  In addition, defense counsel needs additional time to complete

24  her investigation.

25        The parties also request an exclusion of time under the Speedy Trial Act from September 10,

26  2012 through October 1, 2012.  The parties agree and stipulate that an exclusion of time is

27  //

28  //

STIPULATION AND [PROPOSED] ORDER
NO. CR 11-00142 EJD

appropriate based on the defendant's need for effective preparation of counsel.  18 U.S.C. §

3161(h)(7)(B)(iv).

SO STIPULATED:                          MELINDA HAAG
                                        United States Attorney

DATED: 8/30/12                          _____/s/_____
                                        MATTHEW A. PARRELLA
                                        SUSAN KNIGHT
                                        Assistant United States Attorneys

DATED: 8/30/12                          _____/s/_____
                                        ELIZABETH C. PETERSON
                                        Counsel for Ms. Bonelli


## **<u>ORDER</u>**

Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing

scheduled for September 10, 2012 is continued to October 1, 2012.

The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from

September 10, 2012 through October 1, 2012.  The Court finds, based on the aforementioned

reasons, that the ends of justice served by granting the requested continuance outweigh the best

interest of the public and the defendant in a speedy trial.  The failure to grant the requested

continuance would deny defense counsel reasonable time necessary for effective preparation,

taking into account the exercise of due diligence, and would result in a miscarriage of justice.

The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§

3161(h)(7)(A) and (B)(iv).

SO ORDERED.


DATED: _August 31, 2012_                _____
                                        EDWARD J. DAVILA
                                        United States District Judge