# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

**Date: September 14, 2012**

**Case No.  CR 11-0142 EJD (LB)**           **Magistrate Judge: Laurel Beeler**

Title:     U.S.A.       -v- Tara Denise Bonelli (Present)

Plaintiff Attorney: Susan Knight and Matthew Parrella
Deft Attorney: Catherine E. Moreno, Elizabeth C. Peterson, Lydia Chao and
                Bryson Santaguida
Interpreter: N/A

Deputy Clerk: Lashanda Scott    Court Reporter: N/A
Time: 4 Hours

## PROCEEDINGS

Settlement Conference Held. Further Telephonic Settlement Conference with counsel only set for September 27, 2012 at 4:00 p.m.  Defense counsel to set up the conference call and provide the court and counsel with a dial-in phone number by September 26, 2012. Further Settlement Conference with all parties set for October 11, 2012 at 1:30 p.m.  Parties to submit informal update of any new information by email to court's orders box at: lbpo@cand.uscourts.gov by 4:00 p.m. the day before the next settlement conference meetings.