**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTE ORDER**

**Date: September 27, 2012**

**Case No.  CR 11-0142 EJD (LB)**          **Magistrate Judge: Laurel Beeler**

Title:     U.S.A.      -v- Tara Denise Bonelli (Present)

Plaintiff Attorney: Susan Knight and Matthew Parrella
Deft Attorney: Catherine E. Moreno, Elizabeth C. Peterson, Lydia Chao and
                Bryson Santaguida

Interpreter: N/A

Deputy Clerk: Lashanda Scott     Court Reporter: N/A
Time: 20 Minutes

**PROCEEDINGS**

Further Settlement Conference held.  Defense to provide information as discussed to the court's orders box at lbpo@cand.uscourts.gov and schedule further telephone settlement conference call with the court for early next week.  Court thereafter will speak with the government separately to make sure that everything is organized before the next in-person settlement conference now set for Thursday, October 11, 2012 at 1:30 p.m.