UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***
**TOTAL TIME**: 1 min

### CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** Edward J. Davila | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:**  October 1, 2012 | **Court Reporter:** Irene Rodriguez |
| **Case No.:** CR-11-00142-EJD | **U.S. Probation Officer:** N/A |
| **Related Case Nos.:** N/A | **U.S. Pretrial Services Officer:** N/A |
| | **Interpreter:**  N/A |

### CASE TITLE

USA v.  Tara Denise Bonelli (NC)(P)

### APPEARANCES

**Attorney(s) for Government**: Susan Knight
**Attorney(s) for Defendant(s)**: Elizabeth Peterson

### PROCEEDINGS

**Status Hearing**

### ORDER AFTER HEARING

Hearing held.  The Court continued the matter to November 5, 2012 at 9:00 AM for Further Status Hearing.  Time excluded from October 1, 2012 through November 5, 2012 for effective preparation of counsel.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

*Elizabeth C. Garcia*
**Elizabeth C. Garcia**
**Courtroom Deputy**
Original: Efiled
CC: