**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTE ORDER**

**Date: October 5, 2012**

**Case No.  CR 11-0142 EJD (LB)**        **Magistrate Judge: Laurel Beeler**

Title:     U.S.A.       -v- Tara Denise Bonelli (Present)

Plaintiff Attorney: Susan Knight and Matthew A. Parella
Deft Attorney:    Elizabeth C. Peterson

Interpreter: N/A

Deputy Clerk: Lashanda Scott    Court Reporter: N/A
Time: 1 Hour

**PROCEEDINGS**

Further telephonic and email settlement communications with Ms. Peterson, Ms. Knight, and Mr. Parella in preparation for next week's second settlement conference.  The court asks the government to provide it with an update (if possible) at its earliest convenience but in any event, by 4:00 p.m. on Tuesday, October 9, 2012.