**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTE ORDER**

**Date: October 9, 2012**

**Case No.  CR 11-0142 EJD (LB)**        **Magistrate Judge: Laurel Beeler**

Title:     U.S.A.     -v- Tara Denise Bonelli (Present)

Plaintiff Attorney: Susan Knight and Matthew A. Parella
Deft Attorney:   Elizabeth C. Peterson

Interpreter: N/A

Deputy Clerk: Lashanda Scott    Court Reporter: N/A
Time: 30 Minutes

**PROCEEDINGS**

Further telephonic settlement call with government and follow-up with defendant.