**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTE ORDER**

**Date: October 10, 2012**

**Case No.  CR 11-0142 EJD (LB)**          **Magistrate Judge: Laurel Beeler**

Title:      U.S.A.       -v- Tara Denise Bonelli (Not Present)

Plaintiff Attorney: Susan Knight and Matthew A. Parella
Deft Attorney:   Elizabeth C. Peterson

Interpreter: N/A

Deputy Clerk: Lashanda Scott    Court Reporter: N/A
Time: 30 Minutes

**PROCEEDINGS**

Further telephonic settlement conference held. The further settlement conference on October 11, 2012 at 1:30 p.m. is **VACATED**.