| | |
|---|---|
| 1 | ELIZABETH C. PETERSON, State Bar No. 194561 |
| 2 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 3 | 650 Page Mill Road<br>Palo Alto, CA 94304-1050 |
| 4 | Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100 |
| 5 | Email: epeterson@wsgr.com |
| 6 | Attorneys for Defendant<br>Tara Denise Bonelli |

**FILED**

OCT 2 2 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | | |
|---|---|---|---|
| 12 | UNITED STATES OF AMERICA, | ) | CASE NO.: 5:11-cr-00142-EJD |
| 13 | Plaintiff, | ) | [~~PROPOSED~~] ORDER PERMITTING DEFENDANT TO TRAVEL OUTSIDE THE NORTHERN DISTRICT OF CALIFORNIA |
| 14 | v. | ) | |
| 15 | TARA DENISE BONELLI, | ) | |
| 16 | Defendant. | ) | |

20  The Court, having read and considered the Application and Declaration of Elizabeth C.
21  Peterson, a member of the law firm of Wilson Sonsini Goodrich & Rosati, attorney of record for
22  Defendant TARA DENISE BONELLI, requesting permission for travel outside this District and
23  good cause appearing therefor:
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

[PROPOSED] ORDER PERMITTING
DEFENDANT TO TRAVEL
CASE NO. 5:11-cr-00142-EJD

-1-

1  IT IS HEREBY ORDERED THAT:

2  Permission is granted for Defendant TARA DENISE BONELLI to travel to and from the

3  District of Arizona by car, departing on October 23, 2012.  Ms. Bonelli will maintain contact

4  with Pre-Trial Services and will advise of her return date to this District.

5  IT IS SO ORDERED.

6

7  Dated: October 22, 2012

8  _____
HON. HOWARD R. LLOYD
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT