1  ELIZABETH C. PETERSON, State Bar No. 194561
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   650 Page Mill Road
3  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
4  Facsimile: (650) 565-5100
   Email: epeterson@wsgr.com
5
   Attorneys for Defendant
6  Tara Denise Bonelli

FILED

OCT 3 0 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12  UNITED STATES OF AMERICA,              )   CASE NO.: 5:11-cr-00142-EJD
                                           )
13              Plaintiff,                 )   [PROPOSED] ORDER
                                           )   PERMITTING DEFENDANT TO
14       v.                                )   TRAVEL OUTSIDE THE
                                           )   NORTHERN DISTRICT OF
15  TARA DENISE BONELLI,                   )   CALIFORNIA
                                           )
16              Defendant.                 )
                                           )
17                                         )
                                           )
18  _____)

19

20       The Court, having read and considered the Application and Declaration of Elizabeth C.

21  Peterson, a member of the law firm of Wilson Sonsini Goodrich & Rosati, attorney of record for

22  Defendant TARA DENISE BONELLI, requesting permission for travel outside this District and

23  good cause appearing therefor:

24  ///

25  ///

26  ///

27  ///

28  ///

1  IT IS HEREBY ORDERED THAT:

2  Permission is granted for Defendant TARA DENISE BONELLI to travel to the Southern
3  District of California and then the District of Arizona by car, departing on November 16, 2012.
4  Ms. Bonelli will maintain contact with Pre-Trial Services while she is out of this District and
5  upon her return.

6  IT IS SO ORDERED.

8  Dated: October 30 2012

   HON. HOWARD R. LLOYD
   MAGISTRATE JUDGE
   UNITED STATES DISTRICT COURT

[PROPOSED] ORDER PERMITTING            -2-
DEFENDANT TO TRAVEL
CASE NO. 5:11-cr-00142-EJD