ELIZABETH C. PETERSON, State Bar No. 194561
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: epeterson@wsgr.com

Attorneys for Defendant
Tara Denise Bonelli

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TARA DENISE BONELLI, ) <br> ) <br> Defendant. ) <br> ) | CASE NO.: 5:11-cr-00142-EJD <br><br> **STIPULATION AND [PROPOSED] ORDER SETTING FINAL SETTLEMENT CONFERENCE** <br><br> Date: November 30, 2012 <br> Time: 10:30 a.m. <br> Court: Magistrate Judge Laurel Beeler <br> 450 Golden Gate Avenue <br> Courtroom C, 15th Floor <br> San Francisco, California |

The undersigned parties have contacted Magistrate Judge Laurel Beeler, who has agreed to conduct the final settlement conference in the above-captioned case on Friday, November 30, 2012, at 10:30 a.m. The defendant, Tara Denise Bonelli, and her attorney of record will appear in Judge Beeler's chambers, Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco,

///
///
///
///
///

-1-

STIPULATION AND [PROPOSED] ORDER
CASE NO.: 5:11-cr-00142-EJD

1  California.  Attorneys for the Government have been granted permission to appear telephonically
2  by dialing chambers at (415) 522-4660.

3  SO STIPULATED:                                         WILSON SONSINI GOODRICH & ROSATI
4                                                         Professional Corporation

5
   DATED:  11/02/2012                                     _____/s/_____
6                                                         ELIZABETH C. PETERSON
                                                          Counsel for Defendant, Tara Denise Bonelli
7

8                                                         MELINDA HAAG
9                                                         United States Attorney

10
    DATED:  11/02/2012                                    _____/s/_____
11                                                        MATTHEW A. PARRELLA
                                                          SUSAN KNIGHT
12                                                        Assistant United States Attorneys

13

14                                      **ORDER**

15      Accordingly, for good cause shown, the Court HEREBY ORDERS that the final
16  settlement conference is scheduled for Friday, November 30, 2012, beginning at 10:30 a.m.,
17  before the Honorable Magistrate Judge Laurel Beeler.

18
19  DATED:  November 5, 2012                              _____
                                                          Magistrate Judge Laurel Beeler
20

-2-

STIPULATION AND [PROPOSED] ORDER
CASE NO.:  5:11-cr-00142-EJD