UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME**: 4 mins

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge**: Edward J. Davila | **Courtroom Deputy**: Elizabeth Garcia |
| **Date**:  November 5, 2012 | **Court Reporter**: Irene Rodriguez |
| **Case No.**: CR-11-00142-EJD | **U.S. Probation Officer**: N/A |
| **Related Case Nos.**: N/A | **U.S. Pretrial Services Officer**: N/A |
| | **Interpreter**:   N/A |

### CASE TITLE

USA v.  Tara Denise Bonelli (P)(NC)

### APPEARANCES

**Attorney(s) for Government**: Matthew Parrella
**Attorney(s) for Defendant(s)**: Bryson Santaguida

### PROCEEDINGS

Status Hearing

### ORDER AFTER HEARING

Hearing held.   The parties are currently referred to Magistrate Judge Beeler for settlement conference on November 30, 2012.  The Court continued each matter to December 10, 2012 at 1:30 PM for Further Status Hearing.  Time previously excluded through February 11, 2013.

*Elizabeth C. Garcia*
**Elizabeth C. Garcia**
**Courtroom Deputy**
**Original**: Efiled
**CC**:

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter