1  ELIZABETH C. PETERSON, State Bar No. 194561
   CATHERINE E. MORENO, State Bar No. 264517
2  BRYSON S. SANTAGUIDA, State Bar No. 255173
   LYDIA CHAO, State Bar No. 274910
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
6  Email: cmoreno@wsgr.com

7  Attorneys for Defendant
   Tara Denise Bonelli
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12 UNITED STATES OF AMERICA,           )   NO. CR 11-00142 EJD
                                       )
13         Plaintiff,                  )
                                       )   STIPULATION AND [PROPOSED]
14    v.                               )   ORDER CONTINUING STATUS
                                       )   CONFERENCE AND EXCLUDING
15 TARA DENISE BONELLI,                )   TIME UNDER THE SPEEDY TRIAL
                                       )   ACT
16         Defendant.                  )
                                       )
17                                     )
                                       )
18 _____)

19         The undersigned parties respectfully request that the status conference in the above-

20 captioned case be continued from December 10, 2012 to December 17, 2012.  The reason for the

21 continuance is that on December 6, 2012, Ms. Bonelli received urgent medical treatment at

22 Dominican Hospital in Santa Cruz, California.  Ms. Bonelli's medical condition required that the

23 parties continue for a brief time their final settlement conference, which was scheduled for

24 December 7, 2012 before Magistrate Judge Beeler.  The parties intend to conduct their final

25 settlement conference the week of December 10-14, 2012.

26         The parties also request an exclusion of time under the Speedy Trial Act from December

27 10, 2012 through December 17, 2012.  The parties agree and stipulate that an exclusion of time is

28

STIPULATION AND [PROPOSED] ORDER                -1-
NO. CR 11-00142 EJD

1  appropriate based on the defendant's need for effective preparation of counsel.  18 U.S.C. §
2  3161(h)(7)(B)(iv).
3  SO STIPULATED:                    MELINDA HAAG
                                      United States Attorney
4
   DATED: 12/07/12                         /s/
5                                     MATTHEW A. PARRELLA
                                      SUSAN KNIGHT
6                                     Assistant United States Attorneys

7  DATED: 12/07/12                         /s/
                                      CATHERINE E. MORENO
8                                     Counsel for Ms. Bonelli

9

10                                   **ORDER**

11       Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing
12  scheduled for December 10, 2012 is continued to December 17, 2012.
13       The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from
14  December 10, 2012 through December 17, 2012.  The Court finds, based on the aforementioned
15  reasons, that the ends of justice served by granting the requested continuance outweigh the best
16  interest of the public and the defendant in a speedy trial.  The failure to grant the requested
17  continuance would deny defense counsel reasonable time necessary for effective preparation,
18  taking into account the exercise of due diligence, and would result in a miscarriage of justice.
19  The Court therefore concludes that this exclusion of time should be made under the 18. U.S.C.
20  §§ 3161(h)(7)(A) and (B)(iv).
21  SO ORDERED.
22
23  DATED: __12/7/2012_____        _____
                                         EDWARD J. DAVILA
24                                       United States District Judge
25
26
27
28